UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

  -v-                                         23-M-

$17,700.00 IN UNITED STATES CURRENCY, SEIZED ON OCTOBER 5, 2023, FROM 1441 BYRD AVE., NIAGARA FALLS, NEW YORK;

MISCELLANEOUS JEWELRY SEIZED ON OR ABOUT OCTOBER 5, 2023, FROM 1441 BYRD AVE., NIAGARA FALLS, NEW YORK; and

BLUE 2008 BENTLEY CONTINENTAL CONVERTIBLE, VIN: SCBBR93W68C057416, SEIZED ON OR ABOUT OCTOBER 5, 2023, FROM 1441 BYRD AVE., NIAGARA FALLS, NEW YORK

        Defendants *in rem*.

---

## STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Elizabeth M. Palma, Assistant United States Attorney, of counsel, and Thomas Eoannou Esq., attorney for claimant Clayton Green, that the

government's time to file its Verified Complaint for Forfeiture be extended from March 25, 2024 to June 24, 2024, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

Dated: March __7__, 2024                    Dated: March __7th__, 2024

    TRINI E. ROSS
    United States Attorney
    Western District of New York

By: _____          By: _____
    Elizabeth M. Palma                          Thomas Eoannou, Esq.
    Assistant United States Attorney            484 Delaware Avenue
    138 Delaware Ave                            Buffalo, New York 14202
    Buffalo, New York 14202                     (716) 885-2889
    (716) 843-5860                              lawoffice484@yahoo.com
    elizabeth.palma@usdoj.gov                   Attorney for Clayton Green